

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2016

No. 04-16-00238-CR

**IN RE** Roy L. **SMITHWICK**, Jr.

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

The court has considered the Motion for Reconsideration En Banc filed by relator on May 16, 2016 and the motion is DENIED.

It is so **ORDERED** on June 2, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2016.

_____
Keith E. Hottle, Clerk